**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CASE NO.** |
| **v.** | : | |
| | : | |
| | : | **VIOLATIONS:** |
| **RANDOLPH TYSON MILLINER,** | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| **Defendant.** | : | **Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in a** |
| | : | **Capitol Building)** |
| | : | |
| | : | |
| | : | |
| | : | |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **RANDOLPH TYSON**

**MILLINER** willfully and knowingly engaged in disorderly and disruptive conduct within the

United States Capitol Grounds and in any of the United States Capitol Buildings with the intent

to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of

Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a

committee of Congress or either House of Congress.

> **(Disorderly and Disruptive Conduct in a Capitol Building**, in violation of Title 40,
> United States Code, Section 5104(e)(2)(D))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **RANDOLPH TYSON**

**MILLINER** willfully and knowingly paraded, demonstrated, and picketed in any United States

Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Dated: May 15, 2024

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    */s/ David J. Perri*
        DAVID PERRI
        WV Bar No. 9219
        Assistant United States Attorney - Detailee
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (304) 234-0100
        Email: David.perri@usdoj.gov