**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:24-cr-236   (ACR)** |
| | : | |
| **RANDOLPH TYSON MILLINER,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   _/s/ David J. Perri_
        DAVID PERRI
        WV Bar No. 9219
        Assistant United States Attorney - Detailee
        U.S. Attorney's Office for the District of
            Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (304) 234-0100
        e-mail: David.perri@usdoj.gov