AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-CR-00236 |
| Randolph Tyson Milliner | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Randolph Tyson Milliner                                                                                          .

Date:      06/28/2024

/s/ M. W. Cockrell, III
*Attorney's signature*

Melvin Wayne Cockrell, III (SC00016)
*Printed name and bar number*

157 Main Street
Chesterfield, SC 29709

*Address*

mwc@cockrelllawfirm.com
*E-mail address*

(843) 623-5911
*Telephone number*

(843) 623-5700
*FAX number*