IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 24 CR |
| | 40 U.S.C. § 5104(e)(2)(D) (Disorderly and Disruptive Conduct in a Capitol Building) |
| v. | 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) |
| RANDOPLH TYSON MILLINER, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. of Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **RANDOLPH TYSON MILLINER**, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

1

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the USCP were forced to retreat, and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building, and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol - including the danger posed by individuals who had entered the Capitol without any security screening or weapons check - Congressional proceedings could not resume until after every unauthorized occupant had left the Capitol, and the USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Randolph Tyson Milliner's Participation in the January 6, 2021, Capitol Riot*

8. On January 5, 2021, the defendant, RANDOLPH TYSON MILLINER, traveled from South Carolina to Washington, D.C. by car. He had made reservations for the night of the 5th and the night of the 6th at a hotel in Fairfax, VA.

9. On January 6, 2021, at approximately 2:50 P.M., MILLINER entered the U.S. Capitol building through a window previously broken and entered by other rioters.

10. MILLINER made his way through the crowd inside and walked to an area of the lower level of the building commonly known as the Crypt. He then proceeded to the Small

House Rotunda, and, from there, to the Hall of Columns.

11. While inside the Capitol building, MILLINER utilized the camera on his cell phone to take pictures and/or video.

12. At one point, MILLINER walked out onto an outdoor terrace, where he used his cell phone to send and receive messages.

13. MILINER was inside the building for approximately fifteen minutes. At 3:02 PM, MILLINER left the building via the South Doors.

14. MILLINER accessed several different social media applications, including Facebook Messenger, Google Chat, Reddit, and Discord on his phone during the during the time frame of the riot on January 6, 2021. In a Google conversation that took place at approximately 3:15 PM – a conversation during which MILLINER shared pictures, another user asked, "Your inside there!?", to which MILLINER replied, "I was – nothing happening there and [it's] just a wing of the Captial."

15. MILLINER remained within restricted grounds until approximately 4:10 PM.

16. On January 7, 2021, MILLINER stated during a Discord conversation, "[…] Like I'm glad our reps were sent a message" and "Yup, folks armed with no more than sticks and flags, backed down cops in full riot gear armed with cs gas and pepper spray and flash bangs."

17. A few months later, MILLINER deleted from his Facebook account a significant number of posts for the period of July, 2020 to March, 2021.

### *Elements of the Offense*

18. The parties agree that Disorderly and Disruptive Conduct in a Capitol Building [40 U.S.C. § 5104(e)(2)(D)] requires the following elements:

First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings;

Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and

Third, the defendant acted willfully and knowingly.

19. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building [40 U.S.C. § 5104(e)(2)(G)] requires the following elements:

First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

20. MILLINER knowingly and voluntarily admits to all the elements as set forth above. Specifically, MILLINER admits that, on January 6, 2021, he willfully and knowingly engaged in disorderly or disruptive conduct in the U.S. Capitol building with the intent to impede, disrupt, or disturb the orderly conduct of the Joint Session of Congress taking place that day. He further admits that, while inside the Capitol building and grounds, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ David Perri
      David Perri
      Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Randolph Tyson Milliner, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 03 May 2024

Randolph Tyson Milliner
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3 May 2024

Trey Cockrell, Esq.
Attorney for Defendant